```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| DAVID M.R., a minor, by his parents, natural guardians and next friends, DAVID S.R. and CHRISTINA R.; and DAVID S.R. and CHRISTINA R., on their own behalf;<br><br>        Plaintiffs,<br><br>    v.<br><br>THE YOUGH SCHOOL DISTRICT;<br><br>        Defendant | Civil Action No. 03-1090<br>Judge Joy Flowers Conti/<br>Magistrate Judge Sensenich<br>Re:  Doc. No. 40 |

<u>MEMORANDUM ORDER</u>

On July 24, 2003, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 71.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation on Plaintiffs' Motion for Attorney's Fees, filed on December 16, 2005, recommended that their Motion for Attorney's fees be granted to the extent that they are entitled to an award of fees in the amount of $26,193.75 and an award of costs in the amount of $2,240.60 for a total award of $28,434.35.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on all parties.  Objections to the report and recommendation were filed by Defendant on December 26,

2005 and by Plaintiffs on January 2, 2006.  Plaintiffs filed a response to Defendant's objections on January 2, 2006 and Defendant filed a response to Plaintiffs' objections on January 9, 2006.

After de novo review of the pleadings and documents in the case, together with the report and recommendation and the objections and responses thereto, the following order is entered:

AND NOW, this <u>30th</u> day of <u>January</u>, 2006;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorney's Fees is granted to the extent that they are entitled to an award of fees in the amount of $26,193.75 and an award of costs in the amount of $2,240.60 for a total award of $28,434.35.

The report and recommendation of Magistrate Judge Sensenich, dated December 16, 2005, is adopted as the opinion of the court.

<u>**/s/ Joy Flowers Conti**</u>
Joy Flowers Conti
United States District Judge

cc:  Ila Jeanne Sensenich
     U.S. Magistrate Judge

     Bernard M. Schneider, Esq.
     Brucker, Olszewski, Schneider & Porter
     Weyman Plaza, Suite 320
     300 Weyman Road
     Pittsburgh, PA  15236

Patricia R. Andrews, Esq.
Andrews & Price
Suite 506
1500 Ardmore Boulevard
Pittsburgh, PA  15221

Patricia R. Andrews, Esq.